UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:15-cr-00162-AC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| THEARON JEROME ROBERTS, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, THEARON JEROME ROBERTS, Case No. 2:15-cr-00162-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $10,000.00.

    _X_   Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/2/2015  at  2:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge