1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   THEARON JEROME ROBERTS
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. 2:15-cr-00162-AC
                                    )
11        Plaintiff,                )   STIPULATION AND [~~PROPOSED~~] ORDER
                                    )   TO MODIFY SPECIAL CONDITION OF
12    v.                            )   RELEASE
                                    )
13 THEARON JEROME ROBERTS,          )   Judge:  Hon. Edmund F. Brennan
                                    )
14        Defendants.               )
                                    )
15 _____)

16

17        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

18 America, and defendant Thearon Jerome Roberts, through their respective attorneys, that the

19 release conditions imposed on Mr. Roberts on November 2, 2015 (Docket #9), will be modified

20 to add:

21    10. You shall participate in a program of medical or psychiatric treatment, including
          treatment for drug or alcohol dependency, as approved by the pretrial services
22        officer.  You shall pay all or part of the costs of the **counseling** services based upon your
          ability to pay, as determined by the pretrial services officer;
23

24    11. You shall **abstain** from the use of alcohol or any use of a narcotic drug or other
          controlled substance without a prescription by a licensed medical practitioner; and you
25        shall notify Pretrial Services immediately of any prescribed medication(s).  However,
          medicinal marijuana, prescribed or not, may not be used; and,
26

27    12. You shall participate in the substance abuse treatment program at WellSpace Health
          inpatient facility, and comply with all the rules and regulations of the program.  You shall
28        remain at the WellSpace Health inpatient facility in Sacramento, California, until released
          by the pretrial services officer.

Stipulation to Modify Special Condition of         -1-              *U.S. v. Roberts,* 15-cr-162 AC
Release

1    Additionally, Condition #8 will be removed and replaced by Condition #11 as stated above.

2       8.  You shall refrain from excessive use of alcohol or any use of a narcotic drug or other
3           controlled substance without a prescription by a licensed medical practitioner; and you
            shall notify Pretrial Services immediately of any prescribed medication(s). However,
4           medicinal marijuana, prescribed or not, may not be used;

5    The proposed modification is being requested by Pretrial Services Officer, Steve Sheehan.

6           All other conditions shall remain in force.

7

8    DATED: November 3, 2015              HEATHER E. WILLIAMS

9                                         Federal Defender

10                                        */s/ Matthew M. Scoble*
                                          MATTHEW M. SCOBLE
11                                        Assistant Federal Defender
                                          Attorney for THEARON ROBERTS
12

13   DATED: November 3, 2015              BENJAMIN B. WAGNER
                                          United States Attorney
14

15                                        */s/ Elliot Wong*
                                          ELLIOT WONG
16                                        Special Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **O R D E R**

3          The following release conditions imposed on Mr. Roberts on November 2, 2015 (Docket

4 #9), will be modified to add:

5          10. You shall participate in a program of medical or psychiatric treatment, including
              treatment for drug or alcohol dependency, as approved by the pretrial services

6              officer.  You shall pay all or part of the costs of the **counseling** services based upon your
              ability to pay, as determined by the pretrial services officer;

7

8          11. You shall **abstain** from the use of alcohol or any use of a narcotic drug or other
              controlled substance without a prescription by a licensed medical practitioner; and you

9              shall notify Pretrial Services immediately of any prescribed medication(s).  However,
              medicinal marijuana, prescribed or not, may not be used; and,

10

11         12. You shall participate in the substance abuse treatment program at WellSpace Health
              inpatient facility, and comply with all the rules and regulations of the program.  You shall

12             remain at the WellSpace Health inpatient facility in Sacramento, California, until released
              by the pretrial services officer.

13      Condition #8 will be removed.

14

15      All other conditions shall remain in force.

16

17      DATED: November 4, 2015

18      _____

19         HON. EDMUND F. BRENNAN
           United States Magistrate Judge

20

21

22

23

24

25

26

27

28