HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
KATHRYNE BALDWIN
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
THEARON ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-162-AC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |
| vs. | ) ) | Date: March 10, 2016 |
| THEARON ROBERTS, | ) ) | Time: 2:00 p.m. Judge: Hon. Edmund F. Brennan |
| Defendant. | ) ) ) | |

    IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Elliot Wong, Special Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Harter, that the sentencing hearing scheduled for February 29, 2016 be vacated and continued to March 10, 2016 at 2:00 p.m.

    The reason for this continuance is to allow pre-trial services sufficient time to produce the presentencing report.

///

///

///

Dated: January 22, 2016

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ LINDA C. ALLISON*
                                              LINDA C. ALLISON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              THEARON ROBERTS

DATED: January 22, 2016               BENJAMIN WAGNER
                                              United States Attorney

                                              */s/ Elliot Wong*
                                              ELLIOT WONG
                                              Special Assistant U.S. Attorney
                                              Attorney for Plaintiff

## **ORDER**

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

    The Court orders that the February 29, 2016 sentencing hearing shall be continued to March 10, 2016 at 10:00 a.m.

Dated: January 25, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE